IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Roman, Christopher | Case Number: 07 B 07313 |
|---|---|---|
|  | Roman, Catherine | Judge: Wedoff, Eugene R |
|  | Printed: 8/19/08 | Filed: 4/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion: August 13, 2008
Confirmed: July 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 8,283.00 |  |
| Secured: |  | 4,737.72 |
| Unsecured: |  | 0.00 |
| Priority: |  | 1,070.09 |
| Administrative: |  | 2,000.00 |
| Trustee Fee: |  | 475.19 |
| Other Funds: |  | 0.00 |
| Totals: | 8,283.00 | 8,283.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | James A Young | Administrative | 2,000.00 | 2,000.00 |
| 2. | Capital One Auto Finance | Secured | 13,799.60 | 4,737.72 |
| 3. | U S Auto Title Lenders | Priority | 0.00 | 0.00 |
| 4. | Illinois Dept of Revenue | Priority | 1,915.70 | 1,070.09 |
| 5. | ECast Settlement Corp | Unsecured | 1,039.49 | 0.00 |
| 6. | Portfolio Recovery Associates | Unsecured | 151.15 | 0.00 |
| 7. | Capital One | Unsecured | 1,213.78 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 266.51 | 0.00 |
| 9. | Dakota State Bank | Unsecured | 139.37 | 0.00 |
| 10. | Short Term Loans LLC | Unsecured | 264.78 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 350.76 | 0.00 |
| 12. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 509.13 | 0.00 |
| 14. | Capital One | Unsecured | 52.19 | 0.00 |
| 15. | Plains Commerce Bank | Unsecured | 115.41 | 0.00 |
| 16. | Apple Fast Cash Personal Loans | Unsecured | 168.25 | 0.00 |
| 17. | Capital One | Unsecured | 399.66 | 0.00 |
| 18. | St Alexius Medical Center | Unsecured | 637.93 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 667.46 | 0.00 |
| 20. | American Express Travel Relate | Unsecured | 328.25 | 0.00 |
| 21. | Midland Credit Management | Unsecured | 86.94 | 0.00 |
| 22. | Premier Bankcard | Unsecured | 78.37 | 0.00 |
| 23. | AmeriCash Loans, LLC | Unsecured | 328.95 | 0.00 |
| 24. | Illinois Dept of Revenue | Unsecured | 215.40 | 0.00 |
| 25. | Certified Services | Unsecured | 160.28 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Roman, Christopher | Case Number: 07 B 07313 |
| | Roman, Catherine | Judge: Wedoff, Eugene R |
| | Printed: 8/19/08 | Filed: 4/23/07 |

| # | Creditor | Type | Amount | |
|---|---|---|---|---|
| 26. | World Financial Network Nat'l | Unsecured | 85.01 | 0.00 |
| 27. | ECast Settlement Corp | Unsecured | 152.47 | 0.00 |
| 28. | ECast Settlement Corp | Unsecured | 155.46 | 0.00 |
| 29. | RoundUp Funding LLC | Unsecured | 558.22 | 0.00 |
| 30. | U S Auto Title Lenders | Unsecured | 197.83 | 0.00 |
| 31. | General Motors Acceptance Corp | Unsecured | 3,638.47 | 0.00 |
| 32. | Resurgent Capital Services | Unsecured | 136.37 | 0.00 |
| 33. | Merrick Bank | Unsecured | 420.99 | 0.00 |
| 34. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 1,408.61 | 0.00 |
| 35. | Portfolio Recovery Associates | Unsecured | 292.58 | 0.00 |
| 36. | Americash Loans | Unsecured | | No Claim Filed |
| 37. | Armor Systems Co | Unsecured | | No Claim Filed |
| 38. | Armor Systems Co | Unsecured | | No Claim Filed |
| 39. | Armor Systems Co | Unsecured | | No Claim Filed |
| 40. | Armor Systems Co | Unsecured | | No Claim Filed |
| 41. | Suburban Credit Corporation | Unsecured | | No Claim Filed |
| 42. | Capital One | Unsecured | | No Claim Filed |
| 43. | Cache Inc | Unsecured | | No Claim Filed |
| 44. | Astro Title Lenders LLC | Unsecured | | No Claim Filed |
| 45. | Arrowhead Investments | Unsecured | | No Claim Filed |
| 46. | Capital One | Unsecured | | No Claim Filed |
| 47. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 48. | Charter One Bank | Unsecured | | No Claim Filed |
| 49. | Certified Services | Unsecured | | No Claim Filed |
| 50. | Charter One Bank | Unsecured | | No Claim Filed |
| 51. | Check Into Cash | Unsecured | | No Claim Filed |
| 52. | Conseco Finance Servicing Corp | Unsecured | | No Claim Filed |
| 53. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 54. | HSBC | Unsecured | | No Claim Filed |
| 55. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 56. | Frst Ntnl Bnk/Save Cre | Unsecured | | No Claim Filed |
| 57. | Great Lakes Specialty Finance | Unsecured | | No Claim Filed |
| 58. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 59. | ADT Security Systems | Unsecured | | No Claim Filed |
| 60. | Plaza Processing | Unsecured | | No Claim Filed |
| 61. | KC Financial | Unsecured | | No Claim Filed |
| 62. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 63. | Nationwide Cash | Unsecured | | No Claim Filed |
| 64. | Rewards 660 | Unsecured | | No Claim Filed |
| 65. | National Cash Advance | Unsecured | | No Claim Filed |
| 66. | Northwest Suburban Anesthesiol | Unsecured | | No Claim Filed |
| 67. | OSI Recovery Solutions | Unsecured | | No Claim Filed |
| 68. | Plains Commerce Bank | Unsecured | | No Claim Filed |
| 69. | Nicor Gas | Unsecured | | No Claim Filed |
| 70. | Rewards 660 | Unsecured | | No Claim Filed |
| 71. | Short Term Loans LLC | Unsecured | | No Claim Filed |
| 72. | Fast Cash | Unsecured | | No Claim Filed |
| 73. | Superior Asset Management | Unsecured | | No Claim Filed |
| 74. | World Wide | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Roman, Christopher<br>Roman, Catherine<br>Printed: 8/19/08 | Case Number: 07 B 07313<br>Judge: Wedoff, Eugene R<br>Filed: 4/23/07 | |

| | | | | |
|---|---|---|---|---|
| 75. | Westbury | Unsecured | | No Claim Filed |
| 76. | Westbury | Unsecured | | No Claim Filed |
| 77. | Westbury | Unsecured | | No Claim Filed |
| 78. | Bp Oil/Citibank | Unsecured | | No Claim Filed |
| 79. | Household Bank FSB | Unsecured | | No Claim Filed |
| 80. | Timber Hill Investments Inc | Unsecured | | No Claim Filed |
| 81. | E Dollars Direct | Unsecured | | No Claim Filed |
| 82. | Wisconsin Glacier Springs Co | Unsecured | | No Claim Filed |
| | | | _____<br>$ 31,935.37 | _____<br>$ 7,807.81 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 310.35 |
| 6.5% | 164.84 |
| | _____ |
| | $ 475.19 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

